# haynes*boone*





Direct Dial: 212-918-8978
Direct Fax: 212-884-8228
william.feldman@haynesboone.com

November 11, 2019

**By ECF**

Honorable John F. Keenan
United States District Court Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-12-19

Re:   *Confido Advisors, LLC and John Rodriguez v. USAA Real Estate Co.*,
      Civ. No. 17-cv-5632-JFK

Dear Judge Keenan:

We represent Defendant USAA Real Estate Company in the above-referenced action. We write to advise the Court that the parties to this action have agreed to a settlement-in-principal of the matter. In light of this development, we respectfully request that the Court adjourn the status conference, currently scheduled for November 13, 2019 at 11:00 a.m., to a date of the Court's convenience after November 27, 2019, in order to provide the parties with time to memorialize the terms of their settlement in writing.

Although counsel for Plaintiff Confido Advisors, LLC ("Confido") previously sought and obtained an adjournment of the status conference due to a conflict with another court appearance, this is the first request for an adjournment for the reasons set forth herein. We have conferred with Confido's counsel regarding this request and counsel consents to the requested adjournment.

We thank the Court for its attention to this matter.

Respectfully,

William Feldman

cc:   Counsel of Record (*via e-mail*)

Both parties consenting, Defendant's request is GRANTED.
The status conference is adjourned from November 13, 2019,
to December 3, 2019 at 11:17 AM.

SO ORDERED.
Dated:  New York, New York
        November 12, 2019

John F. Keenan
United States District Judge

Haynes and Boone, LLP
Attorneys and Counselors
30 Rockefeller Plaza, 26th Floor
New York, New York 10112
Phone: 212.659.7300
Fax: 212.918.8989
www.haynesboone.com